ACCEPTED
04-14-00685-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/13/2015 12:28:25 PM
KEITH HOTTLE
CLERK

# No. 04-14-00685-CV

IN THE 4ᵀᴴ COURT OF APPEALS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/13/2015 12:28:25 PM
KEITH E. HOTTLE
Clerk

**American Casualty Company of Reading Pennsylvania,** *Appellant*

**V.**

**Denise Bushman,**
**as Beneficiary of Clayton F. Bushman, Jr., Deceased,** *Appellee*

**On appeal from the 25ᵗʰ District Court of Guadalupe County, Texas;**
**Cause No. 12-0823-CV**

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE 4ᵗʰ COURT OF APPEALS:

Appellee, Denise Bushman, respectfully ask this Honorable Court to extend the time by an additional 30 days to file the Appellee's Brief in this matter extending the deadline until February 13, 2015. This motion is unopposed.

### A.    Introduction

1.   The Appellee is Denise Bushman, the surviving spouse beneficiary, of the fatally injured worker Clayton F. Bushman Jr., Deceased.

2. The Appellant is the American Casualty Company of Reading Pennsylvania which the insurance carrier for purposes of workers' compensation.

3. This motion is filed on January 13, 2015, which is before the current deadline of for filing the Appellee's Brief on January 14, 2015, and within the 15-day period to file a motion to extend time to file a brief, as required by Texas Rules of Appellate Procedure and Rule 38.6.

4. Lead counsel for Appellant is unopposed to this motion.

## B. Argument & Authorities

5. This Court has authority under the Texas Rules of Appellate Procedure and Rule 38.6 to grant Appellee additional time to file her Brief.

6. The Appellee's Brief is currently due on January 14, 2015.

7. Appellee requests an additional 30 days from the current date of due date of January 14, 2015 to file Appellee's Brief, extending the time until February 13, 2015.

8. No prior extensions for the Appellee's Brief have been granted.

9. Appellee needs additional time to file the Appellee's Brief because:

a. Counsel for Appellee has been very busy the last few weeks and had previously planned family vacation over the holidays. Counsel has been involved with other previously scheduled judicial and administrative

proceedings in the last month and continuing into the coming months. Appellee's counsel has also had previously set family and children's educational and extracurricular commitments in the last month and extending into this month. Appellee's counsel is of counsel to a very small law firm, and counsel has had an extremely heavy workload with prior deadlines and hearings scheduled. Among other matters, Appellee's Counsel filed an appellate brief due with the 8th Court of Appeals in Case No. 08-14-00214-CV on December 31, 2014. Counsel filed a brief on January 12, 2015 in Case No. 05-14-00892-CV before the 5th Court of Appeals. Counsel also filed a brief due in Case No. 03-14-00012-CV on December 18, 2014 before the 3rd Court of Appeals.

b. Because the Appellee's Brief is currently listed to be due on January 14, 2015, and for the reasons contained herein, Appellee is requesting an additional extension of filing her Brief for 30 days from which would extend until Friday, February 13, 2015.

c. To be able to file succinctly and adequately file the Appellee's Brief in this significant legal matter an additional 30 days from today is requested.

### C. Conclusion

This motion to extend time to file Appellee's Brief is not for the purposes of delay but for adequate time and succinct briefing and more time to review the record and the law and to address properly this significant workers' compensation law question.

### D.     Prayer

12.   For these reasons, Appellee asks the Court to grant this extension of time to file the Appellee's Brief for 30 days until February 13, 2015.

Respectfully,

/s/Brad McClellan
Bradley Dean McClellan
State Bar No. 13395980
Of Counsel, Law Offices of Richard Pena, P.C.
1701 Directors Blvd., Suite 110
Austin, Texas 78744
Brad.McClellan@yahoo.com
(512) 327-6884 telephone
(512) 327-8354 facsimile
Attorney for Appellee

### CERTIFICATE OF CONFERENCE

I certify that I have conferred with David Brenner counsel for Appellant by email, and he is unopposed to Appellee's Unopposed Motion to Extend Time to File Appellee's Brief.

/s/ Brad McClellan
Bradley Dean McClellan

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellee's Unopposed Motion to Extend Time to File Appellee's Brief was served on the through counsel of record by the method indicated below on January 13, 2015.

David Brenner                                         *Via efiling/eservice*
dbrenner@bajb.com
Burns, Anderson, Jury & Brenner, L.L.P.
7804 Bell Mountain Dr.
Austin, TX 78730
(512) 338-5322
(512) 338-5363 fax
P. O. Box 26300
Austin, TX 78755
Attorneys for Appellant

/s/ Brad McClellan
Brad McClellan
